914

No. 75–858.  SHANKLIN CORP. *v.* SPRINGFIELD PHOTO MOUNT CO.  C. A. 1st Cir.  Certiorari denied.

No. 75–861.  BANCROFT MANUFACTURING CO., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 75–862.  INGRAM *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 75–868.  BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA *v.* DAWES.  C. A. 8th Cir.  Certiorari denied.

No. 75–880.  ABELES *v.* ELROD, SHERIFF.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 75–882.  SPLAWN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–883.  WEINTRAUB *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 75–885.  DIAMOND INTERNATIONAL CORP. *v.* MARYLAND FRESH EGGS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 75–886.  FORMAN *v.* MASSACHUSETTS CASUALTY INSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 75–888.  CAMP ET AL. *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–889.  CARBONA *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.